UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22585-CIV-ALTONAGA/Goodman

**TRAVELERS INDEMNITY COMPANY** and
**THE PHOENIX INSURANCE COMPANY**,

    Plaintiffs,
v.

**FIGG BRIDGE ENGINEERS, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Renewed Joint Motion to Dismiss the Second Amended Complaint and Amended Complaint [ECF No. 83], filed December 26, 2018, as well as the Notices [ECF Nos. 90 & 91], filed January 17, 2019 and January 18, 2019 respectively. Upon consideration, the Court finds a hearing appropriate in this matter. Accordingly, it is

**ORDERED** that the Motion **[ECF No. 83]** is set for hearing on **January 24, 2019** at **4:00 p.m.** in Courtroom 12-2. In consideration of this Order, the deadlines in the Order Setting Trial **[ECF No. 56]** are **SET ASIDE**, including the deadline for filling pre-trial and dispositive motions.

**DONE AND ORDERED** in Miami, Florida, this 18th day of January, 2019.

                                                            **CECILIA M. ALTONAGA**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record